### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHY BEUTLER,** *Plaintiff,* v. **UNITED OF OMAHA LIFE INSURANCE COMPANY,** *Defendant.* | Case No. 2:21-cv-01647-JDW |

### ORDER

AND NOW, this 3rd day of September, 2021, upon review of Plaintiff's Memorandum On Why The Court Should Not Strike Her Response For Failure To Comply With Local Rule 7.1(c) (ECF No.12), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Plaintiff's Memorandum On Why The Court Should Not Strike Her Response For Failure To Comply With Local Rule 7.1(c) (ECF No.12) is **STRICKEN**.

It is **FURTHER ORDERED** that Plaintiff may file a revised version of her Memorandum, on or before September 10, 2021. The Revised Version shall (a) comply with all of the Court's Policies and Procedures concerning formatting (including being double-spaced) and (b) include an addendum that (i) explains why the original Memorandum did not comply with the Court's Policies and Procedures and (ii) certifies that Plaintiff's counsel has reviewed the Court's Policies and Procedures and will comply with them going forward.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge